ANDREW L. PACKARD (SBN 168690)
LAURIE A. MIKKELSEN (SBN 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com

Attorneys for Plaintiff
*California Sportfishing Protection Alliance*

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
GAVIN G. MCCABE
Supervising Deputy Attorney General
ELLYN S. LEVINSON (SBN 77176)
DANIEL S. HARRIS (SBN 157433)
Deputy Attorneys General
455 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102
Telephone:  (415) 703-5530
Fax:  (415) 703-5480
E-mail: Daniel.Harris@doj.ca.gov

*Attorneys for Defendant Jeffrey Beard, in his official Capacity as Secretary of the California Department of Corrections and Rehabilitation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>JEFFREY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>            Defendant. | Case No. 2:13-CV-00840-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STAY**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.) |

Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendant Jeffrey Beard, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation (CDCR), hereby stipulate to and respectfully request that, pursuant to the following terms, the Court continue its July 4, 2013 order (filed on July 8, 2013 as Document No. 7) staying all proceedings in this case. The parties so stipulate to conserve their resources pending ongoing settlement negotiations to address the discharges alleged in the Complaint.

Pursuant to this stipulation and order, and without waiving any rights, claims or defenses the parties may have as of the date of this stipulation, the parties agree that, except for settlement negotiations and related activities (e.g., voluntary exchange of information and site visits), the above-captioned matter is stayed for all purposes for thirty (30) days from the date of the Court's order. This stay may be extended by stipulation or motion.

In connection with the parties' settlement negotiations, the parties agree that, by September 20, 2013, CDCR shall provide a written response to CSPA's August 30, 2013 settlement proposal, with CSPA providing any written response to CDCR by September 27, 2013, and CDCR providing any further written response to CSPA by October 4, 2013. These settlement negotiation deadlines may be modified by stipulation.

The parties also agree, subject to Court approval, (1) to continue the Status Conference presently scheduled for October 28, 2013 at 9:00 a.m. in Courtroom 10 to December 2, 2013 at 9:00 a.m. in Courtroom 10 of the above court, or to such date and time thereafter that is convenient for the Court; (2) that the Joint Status Conference Report presently due by October 14, 2013 shall be filed no later than fourteen (14) days prior to the new Status Conference; and (3) to continue all other filings and/or requirements in the Federal Rules of Civil Procedure and the Local Rules related to or triggered by the October 28, 2013 Status Conference, if any, to new dates based on the new Status Conference date herein.

Respectfully submitted,

Dated: September 12, 2013          LAW OFFICES OF ANDREW L. PACKARD
                                   /s/ Andrew L. Packard
                                   By:  Andrew L. Packard
                                   (As authorized on September 11, 2013 – L.R. 131(e))
                                   Attorneys for Plaintiff
                                   California Sportfishing Protection Alliance


Dated: September 12, 2013          OFFICE OF THE ATTORNEY GENERAL
                                   /s/ Daniel S. Harris
                                   By: Daniel S. Harris
                                   Attorneys for Defendant
                                   Jeffrey Beard, in his official capacity as Secretary
                                   of the California Department of Corrections and
                                   Rehabilitation

Pursuant to the above Stipulation of the parties, IT IS HEREBY ORDERED AS FOLLOWS:

1.   This matter is stayed for all purposes except settlement negotiations and related activities until October 14, 2013.

2.   The Status Conference presently scheduled for October 28, 2013 at 9:00 a.m. in Courtroom 10 is hereby continued to December 9, 2013 at 9:00 a.m. in Courtroom 10 of the above court, or to such date and time thereafter that is convenient for the Court.  The Joint Status Conference Report shall be due fourteen (14) days prior to the Status Conference.  All other filings and/or requirements in the Federal Rules of Civil Procedure and the Local Rules related to or triggered by the October 28, 2013 Status Conference, if any, are hereby continued to new dates based on the new Status Conference date herein.

Dated: September 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge