UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>Jeffrey Beard, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>            Defendant. | No.  2:13-cv-00840-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on March 9, 2015, in which it states:

> Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Jeffrey Beard . . . have reached settlement and executed a [Proposed] Consent Agreement. The settlement is contingent upon the expiration of the federal agencies' 45-day review period.
>
> . . . . [I]n accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. The regulatory agencies' review period will end on or about April 26, 2015; if any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies'

1

> concerns. Consequently, the parties submit that good cause exists to set May 26, 2015, as the deadline for the filing of a Stipulation for Approval of Consent Agreement and Dismissal of Plaintiff's Claims with Prejudice, or a Notice that the settlement is null and void.

(Notice of Settlement, ECF No. 18 (citation omitted).)

Therefore, a dispositional document shall be filed no later than May 26, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: March 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge