ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
JOHN J. PRAGER (State Bar No. 289610)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant. | Case No. **2:13-CV-00840-GEB-DAD**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Jeffrey Beard, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation ("Defendant") in the above-captioned action, stipulate as follows:

WHEREAS, on or about February 8, 2013, CSPA provided Defendant with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on April 29, 2013 CSPA filed its Complaint against Defendant in this Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

WHEREAS, CSPA and Defendant, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth

in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed consent judgment ("Consent Judgment") entered into by and between CSPA and Defendant is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, CSPA has submitted the Consent Judgment via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 16 of the Consent Judgment, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2017, for the sole purpose of resolving any disputes between the Parties arising under the Consent Judgment.

Dated: May 1, 2015                                   Respectfully submitted,

                                                     LAW OFFICES OF ANDREW L. PACKARD

                                                     By: /s/ Andrew L. Packard_____
                                                     Andrew L. Packard
                                                     Attorneys for Plaintiff
                                                     CALIFORNIA SPORTFISHING
                                                     PROTECTION ALLIANCE

Dated: May 1, 2015                                   KAMALA D. HARRIS
                                                     Attorney General of California
                                                     GAVIN G. MCCABE
                                                     Supervising Deputy Attorney General
                                                     ELLYN S. LEVINSON
                                                     Deputy Attorney General

                                                     By: /s/ Daniel S. Harris, Esq. _____
                                                     DANIEL S. HARRIS
                                                     *Attorneys for Defendant*
                                                     *Jeffrey Beard, in his official capacity as*
                                                     *Secretary of the California Department of*
                                                     *Corrections and Rehabilitation*

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's claims against Defendant JEFFREY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, as set forth in CSPA's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Consent Judgment.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties solely for the purpose of resolving disputes arising under the Consent Judgment attached to the Parties' Stipulation to Dismiss as Exhibit A until September 30, 2017.

IT IS SO ORDERED.

Dated: May 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge